EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SARAH J. HEIDEL (Cal. Bar No. 209886)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2451
     Facsimile: (213) 894-6269
     E-mail:    sarah.heidel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-260-ODW |
|---|---|
| Plaintiff, | ORDER [54] |
| v. | |
| MARK ALLEN, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Restitution filed by the parties on October 3, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support an order of restitution as follows:

Pursuant to 18 U.S.C. § 3663A, Mark Allen is hereby ordered to pay restitution in the amount of $32,952 payable to:

    NASA Shared Services Center
    Attn:  FMD Accounts Receivable
    Bldg. 1111, Jerry Hlass Road
    Stennis Space Center, MS  39529

This amount of $32,952 will not be owed jointly and severally with any other related defendant.

It is further ordered that all restitution payments shall be made from the enforcement of the money judgment referenced in United States v. Mark Allen, CR 13-260, docket entry 49, with the forfeited funds obtained from the judgment first used to satisfy the restitution obligation to NASA Shared Services Center, and the remainder of the forfeited funds from the judgment to be distributed as provided by law.

IT IS SO ORDERED.

October 4, 2016
DATE

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
AUSA SARAH J. HEIDEL
Assistant United States Attorney

cc: USPO
    FISCAL SECTION

2